UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------- x
DUANE S. SAPAR,                                    :
                                                   :
         Plaintiff,                                :   Civil Action No. 3:17-cv-128
                                                   :
              v.                                   :   Judge Kim R. Gibson
                                                   :
PENNSYLVANIA DEPARTMENT                            :   Electronically Filed
OF MILITARY AND VETERANS                           :
AFFAIRS,                                           :
                                                   :
         Defendant.                                :
                                                   :
-------------------------------------------------- x
```

## STIPULATION SELECTING ADR PROCESS

**I. PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

Select one of the following.

    **Court Processes:**
    _____ Mediation
    _____ Early Neutral Evaluation (ENE)
    _____ Court sponsored Binding Arbitration
    _____ Court sponsored Non-binding Arbitration
    _____ Private ADR (please identify process and provider)

    __X__ Other (please identify process and provider) <u>ENE/Mediation</u>

**\*If you are utilizing a private process, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Polices and Procedures.**

1

## II. COSTS

The parties have agreed to share the ADR costs as follows (do not complete percentages for court sponsored arbitration. For that process costs are paid by the court in accordance with 28 USC §658.):

     50   % by Plaintiff
     50   % by Defendant

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a neutral in the above-styled action:

Name of Neutral:          Kenneth J. Benson, Esquire
Address of Neutral:        Justus ADR Services, PO Box 101824, Pittsburgh, PA 15237
Telephone & FAX Numbers: (412) 281-9112 / (866) 571-6273 Fax
Email address of Neutral:  JustusADR@gmail.com
Date of Mediation:        To be determined. The parties will file a notice of mediation once a date is selected.

## IV. PARTICIPANTS

Name of the individuals(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel**, in accordance with Section 2.7 (Attendance at Session) of the Court's ADR Policies and Procedures:

For Plaintiff(s): Duane Sapar          Duane Sapar
                                                     Name and title

For Defendant(s): Pennsylvania DMVA     Len Cowitch
                                                       Name and title

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.

## V. ACKNOWLEDGMENT

      We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 11/7/2017        s/ Joseph H. Chivers
                        Joseph H. Chivers, Esquire
                        *Counsel for Plaintiff*

Dated: 11/7/2017        s/ Michael E. Kennedy
                        Michael E. Kennedy, Esquire
                        *Counsel for Defendant*