UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DUANE S. SAPAR,** | |
| *Plaintiff,* | Civil Action No. 3:17-cv-128 |
| v. | Judge Kim R. Gibson |
| **PENNSYLVANIA DEPARTMENT OF MILITARY AND VETERANS AFFAIRS,** | Electronically Filed |
| *Defendant.* | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action. Each party will bear its own fees and costs.

Respectfully submitted,

/s/Joseph H. Chivers
Joseph H. Chivers, Esq.
jchivers@employmentrightsgroup.com
THE EMPLOYMENT RIGHTS GROUP
First & Market Building
100 First Avenue, Suite 650
Pittsburgh, PA  15222
Tel.:  (412) 227-0763

*Counsel for Plaintiff*
*Duane Sapar*

/s/Michael E. Kennedy
Michael E. Kennedy, Esquire
mkennedy@attorneygeneral.gov
Deputy Attorney General
Pennsylvania Office of Attorney General
1251 Waterfront Place
Pittsburgh PA  15222
Tel: (412) 565-7495

*Counsel for Defendant*
*PA Department of Military and Veterans Affairs*